UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AMANCIO ORTEGA, on behalf of himself
and other similarly situated,

               Plaintiff,

  - v. -

250 EAST 58th STREET FOOD CORP d/b/a
MOONSTRUCK DINER, 449 RESTAURANT, INC.,
d/b/a MOONSTRUCK EAST, 400 WEST 23rd
STREET RESTAURANT CORP. d/b/a
MOONSTUCK DINER, 88 2ND AVE. FOOD CORP.
d/b/a MOONSTRUCK ON 2ND, and JOHN KAPETANOS,

               Defendants.
----------------------------------------X

13 CV 1034 (CBD)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that the time for Defendants 250 East 58th Street Food Corp. d/b/a Moonstruck Diner, 449 Restaurant Inc., d/b/a Moonstruck East, 400 West 23rd Street Restaurant Corp. d/b/a Moonstruck Diner, 88 2ND Ave. Food Corp. d/b/a Moonstruck On 2ND, and John Kapetanos, to respond to the Complaint in the above-captioned action is hereby extended to March 25, 2013.

JOSEPH & KIRCHENBAUM LLP

By: _____
D. Maimon Kirschenbaum
233 Broadway, 5th Floor
New York, NY 10279
Tel: (212) 688-5640

*Attorneys for Plaintiffs*

By: _____
Arthur H. Forman
98-20 Metropolitan Avenue
Forest Hills, New York 11375
Tel: 718-268-2616

*Attorney for Defendants*

SO ORDERED:

_____
George B. Daniels
U.S.D.J.

Date: MAR 08, 2013