# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Matthew D. Kadushin
Michael D. Palmer
Denise A. Schulman

Of Counsel:
Diane Hester
Michael DiChiara*
*Also admitted in NJ & MA

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.jhllp.com



May 22, 2013

VIA FACSIMILE
(212) 805-7990

Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/13

Re: *Amancio Ortega, et al. v. 250 East 58th Street Food Corp., et al.*
    *Case No.: 13Civ.1034 (GBD)*

Dear Judge Cott:

We represent Plaintiffs in the above-referenced case. I write to respectfully request that the settlement conference scheduled for June 12, 2013, be adjourned to July 30, 2013 at 10:00 am. I have spoken with your clerk, and this date works for all parties.

Thank you for your attention to this matter.

Respectfully submitted,

Yosef Nussbaum

cc: Arthur Forman, Esq.

The request is granted.

SO ORDERED: /s/ JLC

Hon. James L. Cott
United States Magistrate Judge
5/22/13

USDC SDNY
DATE SCANNED 5/22/13