SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANCIO ORTEGA, on behalf of himself and others similarly situated,<br><br>                 **Plaintiff,**<br><br>   v.<br><br>250 EAST 58TH STREET FOOD CORP. d/b/a MOONSTRUCK DINER, 449 RESTAURANT, INC. d/b/a MOONSTRUCK EAST, 400 WEST 23RD STREET RESTAURANT CORP. d/b/a MOONSTRUCK DINER, 88 2ND AVE. FOOD CORP. d/b/a MOONSTRUCK ON 2ND, and JOHN KAPETANOS,<br>               **DEFENDANTS.** | Civil Action No. 12-1034 (GBD)(JLC)<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Date: September 17, 2013
       New York, New York

/s/Josef Nussbaum
D. Maimon Kirschenbaum
Josef Nussbaum
Joseph and Kirschenbaum LLP
233 Broadway, 5th Floor
New York, NY  10279

Attorneys for Plaintiff

Date: September 17, 2013
      New York, New York

Arthur H. Forman
98-20 Metropolitan Avenue
Forest Hills, New York 11375
(718) 268-2616

Attorney for Defendants