JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Douglas Weiner
Matthew D. Kadushin
Denise A. Schulman

Of Counsel:
Diane Hester
Michael DiChiara*
*Also admitted in NJ & MA

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.jhllp.com

September 18, 2013

**VIA ECF**

Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Amancio Ortega v. 250 East 58th Street Food Corp., et al.,*
             **13 Civ. 1034 (GBD)(JLC)**

Dear Judge Cott,

      We represent Plaintiffs in the above-captioned matter. We write to follow up on the Parties' joint letter filed yesterday on ECF (docket #24). The letter referred Your Honor to an exhibit but the exhibit was not attached to the ECF submission. We write to submit the exhibit, which is attached hereto as Exhibit A.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**


    /s/Josef Nussbaum
Josef Nussbaum
233 Broadway, 5th Floor
New York, NY 10279
(212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Plaintiffs*

Cc: Arthur H. Forman, Esq. (via ECF)